# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1129**                                               **September Term, 2022**

FERC-CP21-94-001
FERC-CP21-94-001
FERC-CP21-94-000

**Filed On: May 15, 2023** [1999198]

Sierra Club and Food & Water Watch,

         Petitioners

     v.

Federal Energy Regulatory Commission,

         Respondent

### **N O T I C E**

      This case was docketed on May 12, 2023. The Federal Energy Regulatory Commission is hereby notified that the attached is a true copy of the petition for review, which was filed on May 12, 2023, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

      The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondent.

                                                           **FOR THE COURT:**
                                                           Mark J. Langer, Clerk

                               BY:     /s/
                                        Emily K. Campbell
                                        Deputy Clerk

Attachment:
        Certified Copy of Petition for Review